UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JACQUELINE THIBODEAUX                    CIVIL ACTION

VERSUS                                    NO. 11-592

MICHAEL J. ASTRUE,                        SECTION "I" (3)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Petition for Attorney's Fees is GRANTED IN PART to the extent that the Court awards $4,040.00 to plaintiff Jacqueline Thibodeaux under the Equal Access to Justice Act, 28 U.S.C. § 2412.

New Orleans, Louisiana, this 20th day December, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE